# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-790-CV

**Appellants, T. Mark Anderson, as Co-Executor of the Estate of Ted Anderson, and Christine Anderson, as Co-Executor of the Estate of Ted Anderson// Cross-Appellants, David R. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri Archer**

**v.**

**Appellees, Richard T. Archer, David R. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri Archer//Cross-Appellees, T. Mark Anderson, individually and as Co-Executor of the Estate of Ted Anderson, and Christine Anderson, as Co-Executor of the Estate of Ted Anderson**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-07-002328, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants' brief on appeal was originally due on June 30, 2014. On July 15, 2014, the Court notified appellants that their brief was overdue. Appellants subsequently filed two motions for extension of time to file their brief, which this Court granted. As requested by appellants, the deadline for filing their brief was extended to September 25, 2014. Appellants have now filed a third motion requesting that the Court extend the time for filing appellants' brief an additional 27 days. We grant the motion for extension of time and order appellants to file a brief no later than October

22, 2014.  No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal.  *See* Tex. R. App. P. 38.8(a).

It is so ordered this 9th day of October, 2014.

Before Justices Puryear, Pemberton, and Field